IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20709
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARGARITO PERALTA-MORALES,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-45-1
--------------------
January 23, 2002
Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Margarito
Peralta-Morales on appeal has moved for leave to withdraw as
counsel and has filed a brief as required by Anders v.
California, 386 U.S. 738 (1967).  Peralta-Morales has filed a
response to counsel's motion and brief, arguing that his attorney
did not speak Spanish and that he entered the United States in
search of medical care for injuries allegedly inflicted in a
beating by a sheriff.

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Our independent review of the record discloses no nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  5TH CIR. R. 42.2.

DISMISSED. MOTION GRANTED.